**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| JAMES CLAY WALLER, II,      ) | |
|      ) | |
| Petitioner,      ) | |
|      ) | |
| v.      ) | No. 1:26-cv-00055-AGF |
|      ) | |
| UNITED STATES OF AMERICA,      ) | |
|      ) | |
| Respondent.      ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the record.  On February 27, 2026, Petitioner filed a "Motion to Discharge All charges and clear the Record," which was docketed in his closed criminal case.  *See United States v. Waller*, No. 1:16-cr-00058-AGF-1, ECF No. 108 (E.D. Mo.).  On March 4, 2026, the Clerk of Court was directed to administratively terminate Defendant's Motion in his criminal matter and use the Motion to open a new civil action under 28 U.S.C. § 2255.  ECF No. 1-1.  That newly created case is the instant action before the Court.

However, based on a review of this filing, the Court finds Petitioner's Motion defective as a § 2255 motion because it was not drafted on a Court-provided form.  *See* E.D. Mo. Local Rule 2.06(A).  As such, the Clerk of Court will be directed to send Petitioner the Court form for § 2255 motions and Petitioner will have thirty (30) days to file an amended motion on the Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Petitioner a copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a person in federal custody."

**IT IS FURTHER ORDERED** that Petitioner shall file an amended motion on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 18th day of May, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2