RECEIVED

JUN 08 2026

BY MAIL

United States District Court
Eastern Missouri

James Clay Waller, II
        V.                                    case # 1:26 cV-00055
United States

                                                    (Abeyance)
        Motion to Request a Stay and Continuance

Comes Now, Jc Waller prose move this Court for an Order granting a stay and continuance because petitioner is currently receiving treatment for Cancer. (Non-Hodkins Lymphoma)

    This request is reasonable because petitioner is housed at El Dorado infirmary and under extreme conditions. Not able to think clearly, or make proper educated responses due to the illness.

    Petitioner ask this Court for an extended time (at least (6) six or (7) months) for stay. Once treatment is final, petitioner will notify Court with an amended motion.

Respectfully submitted, James Waller
    James Waller    5/29/26

        Certificate of Service

I hereby certify that on 5/29/26. I mailed this motion to clerk of Court located at: US Court, 111 S. tenth Street, st. Louis, Mo 63102.

    James Waller 5/29/26



Department of Corrections

Laura Kelly, Governor

James Clay Waller #200008l536
El Dorado Correctional Facility
1737 SE Highway 54
El Dorado, KS 67042

**RECEIVED**

JUN 08 2026

**BY MAIL**

WICHITA KS  670

2 JUN 2026    AM 3  L

Att: clerk.
United States District Court
    Eastern District
111 S. Tenth Street
St. Louis, Missouri    63102

63102-112599