**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JAMES CLAY WALLER, II, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00055-AGF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons discussed in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that James Clay Waller, II's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability.

Dated this 5th day of August, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE